UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEVONTE LINDSEY,

    Plaintiff,

    v.

TROY COMPTON, STEVE HERNDON and SHAN COLLINS,

    Defendants.

Case No. 18-cv-1166-JPG-MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to exhaust administrative remedies.

**DATED: May 21, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**